UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. MEADOWS, Special Administrator for the Estate of Charles V. Meadows, Deceased, and GEORGE HARRIS,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE DOMINICAN REPUBLIC, et al,<br><br>  Defendants. | Case No. 80-cv-4626<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO RENEW JUDGMENT** |

Now before the Court is Plaintiffs' Motion to Renew Judgment filed March 7, 2024.

As explained in *Uriarte-Limon v. Elsayed*, the filing of a motion is not required to renew a judgment:

> Money judgments entered in federal court are enforceable through "the procedure of the state where the court is located" unless there is an applicable federal statute. *See* Fed. R. Civ. P. 69(a)(1). Under California law, a money judgment or a judgment for possession or sale of property may be enforced for a period of ten years. Cal. Code Civ. Proc. § 683.020. Such a judgment can be renewed and the period of enforceability extended for an additional ten years. *Id.* at §§ 683.110–683.120. In order to renew a judgment, the judgment creditor must file an application for renewal. *Id.* at § 683.140. "Upon the filing of the application, the court clerk shall enter the renewal of the judgment in the court records." *Id.* at § 683.150.

No. 15-CV-04652-BRO(RAOX), 2023 WL 9419146, at *1 (C.D. Cal. Nov. 29, 2023).

Although a noticed motion is not required, the Court will still deny Plaintiffs' application because it does not contain "the information necessary to compute the amount of the judgment as renewed" as required by California Code of Civil Procedure § 683.140(d).

Denial is without prejudice to the filing of an application that meets the requirements of the

California Code of Civil Procedure.  In preparing a renewed application, Plaintiffs may find it helpful to consult California Judicial Council Form EJ-190, which sets out the types of information necessary to compute the amount of a renewed judgment.  That form, however, should not be filed in this federal court.

**IT IS SO ORDERED.**

Dated:  March 11, 2024



_____
JON S. TIGAR
United States District Judge